# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICARDO VELASQUEZ, | CASE NO: 1:22-cv-03325-PAE-GWG |
| Plaintiff, | |
| vs. | |
| LAVISH BEAUTY INC., a New York corporation, d/b/a LAVISH NYC, and 230 EAST 83 STREET, LLC, a New York limited liability company, | |
| Defendants. _____/ | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The Plaintiff, RICARDO VELASQUEZ (hereinafter the "Plaintiff"), by and through his undersigned counsel, and pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses LAVISH BEAUTY INC., a New York corporation, d/b/a LAVISH NYC, and 230 EAST 83 STREET, LLC, a New York limited liability company, without prejudice in this action.

Dated: This 17th day of February, 2023.

Respectfully submitted,

By: /S/ B. Bradley Weitz
B. Bradley Weitz, Esq. (BW 9365)
bbw@weitzfirm.com

/S/ Robert J. Mirel
Robert J. Mirel, Esq. (RM 2974)
rjm@weitzfirm.com

THE WEITZ LAW FIRM, P.A.
Attorneys for Plaintiff
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877

**SERVICE LIST**

LAVISH BEAUTY INC.
C/O LESLIE NESBITT
470 7TH AVENUE, SUITE 300
NEW YORK, NY 10028

230 EAST 83 STREET, LLC
57 W 57TH ST 4TH FL
NEW YORK, NY 10019

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge
February 21, 2023